| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 36573 | DATE 03/09/2023 |
|---|---|---|---|---|
| **NAME** BARNES, Josh | **OFFICER** David Smith | **JUDGE** Robert H. Cleland | | **DOCKET #** 11-CR-20551-52 |

| ORIGINAL SENTENCE DATE 04/09/2015 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY VI | TOTAL OFFENSE LEVEL 29 | PHOTO |
|---|---|---|---|---|
| COMMENCED 04/16/2021 | | | | |
| EXPIRATION 04/15/2024 | | | | |

| ASST. U.S. ATTORNEY Terrence Haugabook | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 72 months, to be followed by a three-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for mental health counseling, if necessary.
2. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
3. The defendant shall submit to a psychological/psychiatric evaluation as directed by the probation officer, if necessary.
4. The defendant shall take all medications as prescribed by a physician whose care he is under, including a psychiatrist, in the dosages and at the times proposed. If the defendant is prescribed a medication, he shall take it and the defendant shall not discontinue medications against medical advice.
5. The defendant shall enroll and participate in a Cognitive Behavior Therapy program (CBT) as approved by the probation officer, if necessary.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 36573 | DATE 03/09/2023 |
|---|---|---|---|---|
| NAME BARNES, Josh | OFFICER David Smith | JUDGE Robert H. Cleland | | DOCKET # 11-CR-20551-52 |

6. The defendant shall be lawfully and gainfully employed, participating in an educational/vocational, or a combination that would be the equivalent of full-time employment. "Full-time" is defined as 40 hours per week.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 7:** "THE DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN."  JOSH BARNES tested positive for Fentanyl on the following dates: August 31, 2021, June 3, 2022, July 7, 2022, and December 5, 2022.  On January 20, 2023, he tested positive for Fentanyl, Methadone, Marijuana, Cocaine, and Amphetamines.  On March 3, 2023, he tested positive for Marijuana. |
| 2 | **Violation of Special Condition:** "THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE PROBATION DEPARTMENT FOR SUBSTANCE ABUSE, WHICH MAY INCLUDE TESTING TO DETERMINE IF THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL, IF NECESSARY."  Due to the above noted positive drug tests, JOSH BARNES was placed in the Landing at Cedar Ridge Behavioral Health Solutions Residential Treatment Program on January 20, 2023. On February 27, 2023, JOSH BARNES got into a verbal altercation with another program resident in the dining hall area of the facility. The other resident attempted to walk away from the altercation. JOSH BURNS then followed the other resident to his respective room, entered the room, and physically assaulted the other resident with an open hand slap to his head. JOSH BURNS admitted to the assault. JOSH BURNS was unsuccessfully terminated from the program for violence, aggression, and profanity. |

| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>36573 | DATE<br>03/09/2023 |
|---|---|---|---|---|
| NAME<br>BARNES, Josh | | OFFICER<br>David Smith | JUDGE<br>Robert H. Cleland | DOCKET #<br>11-CR-20551-52 |

| **I declare under penalty of perjury that the foregoing is true and correct.**<br>PROBATION OFFICER<br><br>s/David Smith<br>(313) 234-5448/jmg | DISTRIBUTION<br><br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br><br>s/ Steven M. Ely<br>(313) 234-5583 | PROBATION ROUTING<br><br>Data Entry |

**THE COURT ORDERS:**

[ X ]    The issuance of a warrant

[ ]    Other

s/Robert H. Cleland
United States District Judge

3/9/2023
Date